UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY LYNN TAYLOR,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Case No. 2:26-cv-00181-WBS-CSK (SS)<br>ORDER<br>(ECF No. 14.) |

On October 14, 2026, the magistrate judge filed findings and recommendations (ECF No. 14), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 14). No objections were filed and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 14) are ADOPTED IN FULL;

2. Plaintiff's motion for summary judgment (ECF No. 10) is GRANTED IN PART and DENIED IN PART;

3. The Commissioner's cross-motion (ECF No. 12) is GRANTED IN PART and DENIED IN PART; and

4. The final decision of the Commissioner is REVERSED and REMANDED.

Dated: November 2, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/tayl26cv0181.JO.noobj